HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELLIOTT D GOODIN, | CASE NO. C15-5064 RBL |
| Plaintiff, | ORDER |
| v. | |
| PIERCE COUNTY SHERIFF'S DEPT, et al., | |
| Defendants. | |

THIS MATTER was referred to Magistrate Judge Richard Creatura. Goodin, a Washington-State inmate committed to Eastern State Hospital, filed an application to proceed in forma pauperis but failed to attach a copy of his prison trust account statement. The clerk's office sent him a letter that outlined the defects in his petition and gave him until March 4, 2015, to cure the deficiencies. Goodin did not respond.

Accordingly, Judge Creatura issued a report on March 13th recommending that this matter be dismissed for failure to prosecute. That report is currently before this Court for consideration. After Judge Creatura's report, however, Goodin filed a copy of his prison trust account statement. Although Goodin filed the statement nearly four weeks after the deadline and over two weeks after Judge Creatura's report and recommendation, in the interest of judicial

ORDER - 1

1 economy, the report and recommendation is not adopted and this matter is re-referred to Judge
2 Creatura.

3      IT IS SO ORDERED.

4      Dated this 14th day of April, 2015.

                             */s/ Ronald B. Leighton*

                             RONALD B. LEIGHTON
                             UNITED STATES DISTRICT JUDGE