UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ELLIOTT D GOODIN,

          Plaintiff,

    v.

PIERCE COUNTY SHERIFF'S DEPT, et al.,

          Defendant.

CASE NO. 15-cv-5064 RBL-JRC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation.

(2) This action is dismissed with prejudice for failure to prosecute and failure to comply with a Court order.

**DATED** this 19th day of October, 2015.

Ronald B. Leighton
United States District Judge

ORDER - 1